O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THANH VAN QUANG, | Case No. 8:16-cv-01086-PA-KES |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| DANIEL PARAMO, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition (Dkt. 22), the other records on file herein, the initial Report and Recommendation of the United States Magistrate Judge (Dkt. 33), and the Final Report and Recommendation of the United States Magistrate Judge (Dkt. 36). No objections to the initial Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the First amended Petition and dismissing this action with prejudice.

DATED: March 27, 2018

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE