UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANH VAN QUANG,<br>Petitioner,<br>v.<br>DANIEL PARAMO, Warden,<br>Respondent. | Case No. 8:16-cv-01086-PA-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 27, 2018

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE